AO 91 (Rev. 11/11) Criminal Complaint

Complaint No. 13-133

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Luke Thomas Radick<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 14-4-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2013__ in the county of __Bucks__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery (3 Counts) |

This criminal complaint is based on these facts:

See Attachment "A" and Accompanying Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI SPECIAL AGENT ADAM SUCHESKI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/6/14

_____
Judge's signature

City and state: Philadelphia, Pennsylvania

Hon. Thomas J. Rueter, U.S.M.J.
Printed name and title

## AFFIDAVIT

I, ADAM SUCHESKI, do depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for the past seven years. I have investigated bank robberies, drug trafficking, art theft and fugitives among other crimes. I have been the Affiant for affidavits, in support of both search and arrest warrants.

2. I am currently assigned to the investigation of LUKE THOMAS RADICK and his involvement in multiple bank robberies in the Eastern District of Pennsylvania. The information contained in this affidavit is based on my personal knowledge and on information provided to me by the victim, other agents and law enforcement officers involved in this investigation as well as various public and private databases.

3. The investigation into RADICK began on August 29, 2013, at approximately 12:15 P.M., when a bank robbery was reported to the Bucks County 911 center. A white male, in his early twenties, wearing a white t-shirt and gray hooded sweat shirt with white stripes over top, white shorts and flip flops, entered the Sovereign Bank, 1425 Street Road, Bensalem, Pennsylvania and presented a demand note to the teller. The male ordered the tellers not to move and demanded stacks of $100s, $50s and $20s to be placed into an envelope. The tellers ran from their stations and the male fled the bank, leaving the demand note behind.

4. On the same date at approximately 12:55 P.M., another bank robbery was reported to the Bucks County 911 center. A white male, in his early twenties, wearing a white t-shirt and gray hooded sweat shirt with white stripes over top, white shorts and flip flops entered the Sovereign Bank, 95 South Main Street, Yardley, Pennsylvania and presented a demand note to the tellers ordering the tellers to raise their hands. The subject demanded $100s, $50s and $20s. The subject was given US currency and he fled the bank.

5. A review of the video from both Sovereign Bank branches revealed that the same subject was involved in the attempted robbery and the robbery. Bensalem Detective Sergeant Bill McVey contacted Sovereign Bank security who confirmed the subject was the same in both videos.

6. On the same date at approximately 1:45 P.M., a white male, in his early twenties, wearing a white t-shirt and gray hooded sweat shirt with white stripes over top, white shorts and flip flops entered the Wells Fargo bank on East Bridge Street, Morrisville, Pennsylvania and waited in line. The subject passed a demand note to the teller and demanded the teller put $100s, $50s, and $20s in an envelope. The teller moved from her station and the subject fled the bank. The demand note was recovered at the bank.

1

Additional review by the Bensalem Police Department indicates that the subject in the Wells Fargo robbery had the same description with similar demand notes.

7. Detectives contacted the Lower Southampton police department who had arrested an individual who appeared to resemble the subject in the attempted bank robberies. After reviewing the booking photographs of LUKE THOMAS RADICK, he was found to be wearing the same clothing in the Lower Southampton booking photograph as the same subject it the bank robbery and attempted bank robberies. Bensalem Police Detective Oliverio, obtained photographs from the Sovereign Bank robberies and compared them to the arrest photograph of RADICK taken on August 24, 2013. Detective Oliverio noted that the clothing in the Lower Southampton arrest photograph is the same as in the Sovereign Bank robbery video surveillance. Your Affiant has viewed the same photographs and believes that RADICK is the same male in the robberies and the Lower Southampton booking photograph.

8. After the Wells Fargo bank robbery, RADICK fled on foot toward a canal located near the bank. When Bensalem police officers searched the area, they observed a white male fitting the description of the suspect in the Bensalem and Morrisville bank robberies. The officers stopped the white male and immediately identified him as the suspect in the Bensalem and Morrisville bank robberies.

9. Morrisville police officers brought one of the bank victim-tellers from the Wells Fargo bank robbery to the location where RADICK was detained. The victim-teller identified RADICK as the person who robbed the bank.

10. The investigation revealed that a taxi cab company was used by RADICK to travel to each robbery. The demand note used in the Yardley bank robbery was found in the back of the taxi cab.

11. Each bank's deposits are insured by the Federal Deposit Insurance Corporation.

12. Your Affiant asserts that there is probable cause to believe that LUKE THOMAS RADICK has by force and violence, or by intimidation, taken, or attempted to take, from the person or presence of another, or obtained or attempted to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody,

2

control, management, or possession of, any bank, credit union, or any savings and loan association; in violation of Title 18, United States Code, Sections 2 and 2113(a), and as such a warrant should be issued.

ADAM SUCHESKI
*Special Agent*
*Federal Bureau of Investigation*

Sworn and subscribe to before me on this 6th day of January, 2014

HONORABLE THOMAS J. RUETER
*United States Magistrate Judge*
*Eastern District of Pennsylvania*

3